UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERELL GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INCORPORATED, et al.,<br><br>    Defendants. | Case No. 16-cv-04421-SI<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: August 23, 2016

_____
SUSAN ILLSTON
United States District Judge