UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERELL GRAY,<br><br>        Plaintiff,<br><br>      v.<br><br>APPLE INCORPORATED, et al.,<br><br>        Defendants. | Case No. 16-cv-04421-TEH<br><br>**ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On October 13, 2016, the parties filed a Stipulated Administrative Motion to Continue Initial Case Management Conference Pending Resolution of Dispositive Motion (ECF No. 66). Having considered the parties motion and finding good cause, this Court hereby GRANTS the parties' Stipulated Motion. The Case Management Conference currently set for November 14, 2016 at 1:30 PM is **continued to December 19, 2016 at 1:30 PM.**

The Plaintiff must make an appearance, either through counsel or representing himself, at the continued Case Management Conference now set for **December 19, 2016 at 1:30 PM**. Plaintiff is further advised that failure to attend may result in the dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 10/18/16

_____
THELTON E. HENDERSON
United States District Judge