UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERELL GRAY,

        Plaintiff,

   v.

APPLE INCORPORATED, et al.,

        Defendants.

Case No. 16-cv-04421-TEH

**ORDER REQUESTING REASSIGNMENT**

On December 13, 2016 the Court received Plaintiff Terell Gray's opposition to Defendant's motion to dismiss. Plaintiff's counsel of record are not licensed to practice before the Court and Plaintiff submitted the opposition representing himself, thus appearing pro se. The Court no longer hears non-prisoner matters involving pro se litigants and therefore requests that this case be reassigned.

**IT IS SO ORDERED.**

Dated: 12/15/16

                                        THELTON E. HENDERSON
                                        United States District Judge