UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERELL GRAY,

         Plaintiff,

  v.

APPLE INCORPORATED, et al.,

         Defendants.

Case No.16-cv-04421-HSG

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 82

On December 14, 2016, Plaintiff submitted a letter brief, signed by Plaintiff rather than his attorneys, in opposition to Defendant's motion to dismiss. Dkt. No. 75. On February 21, 2017, the Court issued an order directing Plaintiff's counsel to show cause why this purported pro se opposition was filed and what the status of Plaintiff's representation was in the current action. Dkt. No. 82. Plaintiff's counsel failed to respond.

The Court **ORDERS** Plaintiff's counsel to show cause why they should not be sanctioned for failing to respond. Counsel must file a statement of two pages or less by March 14, 2017, responding to this order to show cause.

**IT IS SO ORDERED.**

Dated: 3/7/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge