# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERELL GRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-04421-HSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff did not file a second amended complaint by the May 31, 2017 deadline imposed by the Court in its order granting Defendant's motion to dismiss. Dkt. No. 90.

Accordingly, the Court ORDERS Plaintiff to show cause why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. By June 15, 2017, Plaintiff shall file a statement of two pages or less explaining why his case should not be dismissed based on his failure to file an amended complaint by the deadline. If Plaintiff fails to respond to this order, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: 6/5/2017

　　　　　　　　　　　　　　　　　　　　　　　　　　
HAYWOOD S. GILLIAM, JR.
United States District Judge